

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

Nos.  02-18-00342-CR
02-18-00343-CR
02-18-00344-CR
02-18-00345-CR
02-18-00346-CR
02-18-00347-CR

MIGUEL DWAYNE HOBDY, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 213th District Court
Tarrant County, Texas
Trial Court No. 1496357D, 1496501D, 1496502D, 1496597D, 1496599D, 1496603D

### ORDER

On court's own motion, it is ORDERED that the trial court clerk deliver the

original of State's Exhibit No. 4 (9-1-1 Call), and State's Exhibit No. 11 (Audio) to

this court no later than **Wednesday, June 26, 2019**.

These exhibits will be returned to the trial court upon issuance of the mandate.

We direct the clerk of this court to send a notice of this order to the attorneys of record, the trial court clerk, and the court reporter.

Dated June 19, 2019.

Per Curiam